

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>DENISE RENAUD,<br>    Debtor | Ch. 13<br><br>16-11484-MSH |

### Order on Motion for Relief from Stay

The Motion for Relief from Stay of U.S. Bank Trust N.A., as trustee of Tiki Series III Trust (ECF No. 101) having come before me, due notice having been given, no objection thereto having been filed, and good cause appearing to me therefor, it is hereby ORDERED that U.S. Bank Trust, N.A., as trustee, including its successors and assigns, is <u>granted</u> relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 52 Newbury Street. Brockton, Massachusetts, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable and Federal law.

Dated: 12/17/2020

By the Court,

*[signature]*

Melvin S. Hoffman
United States Bankruptcy Judge